# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 23, 2021

Lyle W. Cayce
Clerk

No. 21-10436

Veletta Coleman,

*Plaintiff—Appellant*,

*versus*

Miguel Cardona, Secretary, U.S. Department of Education,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CV-2417

Before King, Costa, and Ho, *Circuit Judges*.

Per Curiam:*

AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.